Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−23753−KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Holli Frederick
aka Holli McLaughlin
1115 William St.
Trenton, NJ 08610

Social Security No.:
xxx−xx−1484

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on December 12, 2018.

On 6/27/2019 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Kathryn C. Ferguson on:

Date:      August 6, 2019
Time:      10:00 AM
Location:  Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: June 27, 2019
JAN: gan

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 18-23753-KCF
Holli Frederick                                                 Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin              Page 1 of 1           Date Rcvd: Jun 27, 2019
                               Form ID: 185             Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2019.
```
db           +Holli Frederick,    1115 William St.,    Trenton, NJ 08610-5438
517635909    +First Premier Bank,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
518152660    +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
               Highlands Ranch, Colorado 80129-2386
518152661    +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
               Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
               8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517697802    +U.S. Bank Trust National Association, not in its i,    Default Document Processing,    N9286-01Y,
               1000 Blue Gentian Road,    Eagan, MN 55121-1663
517635911    +Wells Fargo,    3480 Stateview Blvd.,    Fort Mill, SC 29715-7204
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Jun 28 2019 00:44:22    U.S. Attorney,   970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 28 2019 00:44:19    United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
517723547     E-mail/PDF: resurgentbknotifications@resurgent.com Jun 28 2019 00:47:21
               Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
               Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
               Greenville, SC 29603-0587
517635908    +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 28 2019 00:46:05    Capital One,
               PO Box 30281,    Salt Lake City, UT 84130-0281
517671574     E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 28 2019 00:47:11
               Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
517635910     E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 28 2019 00:44:32    Jefferson Capital LLC,
               16 McLeland Rd.,    Saint Cloud, MN 56303
517754003     E-mail/PDF: resurgentbknotifications@resurgent.com Jun 28 2019 00:46:46
               LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
                                                                                               TOTAL: 7
```

```
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 29, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2019 at the address(es) listed below:
```
          Albert Russo   on behalf of Trustee Albert Russo docs@russotrustee.com
          Albert Russo   docs@russotrustee.com
          Charles G. Wohlrab    on behalf of Creditor   U.S. Bank Trust National Association, not in its
           individual capacity but solely as Delaware trustee and U.S. Bank National Association, not in
           its individual capacity but solely as Co-Trustee for Gove cwohlrab@logs.com,
           njbankruptcynotifications@logs.com
          Charles G. Wohlrab    on behalf of Creditor    WELLS FARGO BANK, N.A. cwohlrab@logs.com,
           njbankruptcynotifications@logs.com
          Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank National Association, as co-trustee for
           the government Loan Securitization Trust 2011-FV1 kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Laurence R. Sheller    on behalf of Debtor Holli Frederick laurence.sheller@gmail.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 7
```