UNITED STATES BANKRUPTCY
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

**Order Filed on August 28, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Holli Frederick

Case No.: 18-23753

Chapter: 13

Hearing Date:

Judge: Michael B. Kaplan

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED**.

**DATED: August 28, 2019**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Laurence Sheller_____, the applicant, is allowed a fee of $ _____700_____ for services rendered and expenses in the amount of $_____0.00_____ for a total of $_____700_____ . The allowance shall be payable:

☑ through the Chapter 13 plan as an administrative priority.

❏ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the aforesaid fee.

United States Bankruptcy Court
District of New Jersey

In re:                                                                   Case No. 18-23753-MBK
Holli Frederick                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3         User: admin              Page 1 of 1              Date Rcvd: Aug 28, 2019
                             Form ID: pdf903         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 30, 2019.
db              +Holli Frederick,    1115 William St.,    Trenton, NJ 08610-5438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2019                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 28, 2019 at the address(es) listed below:
      Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
      Albert   Russo    docs@russotrustee.com
      Charles G. Wohlrab    on behalf of Creditor    U.S. Bank Trust National Association, not in its
       individual capacity but solely as Delaware trustee and U.S. Bank National Association, not in
       its individual capacity but solely as Co-Trustee for Gove cwohlrab@LOGS.com,
       njbankruptcynotifications@logs.com
      Charles G. Wohlrab    on behalf of Creditor    WELLS FARGO BANK, N.A. cwohlrab@LOGS.com,
       njbankruptcynotifications@logs.com
      Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as co-trustee for the
       government Loan Securitization Trust 2011-FV1 dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
      Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank National Association, as co-trustee for
       the government Loan Securitization Trust 2011-FV1 kmcdonald@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      Laurence R. Sheller    on behalf of Debtor Holli  Frederick laurence.sheller@gmail.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                 TOTAL: 8