Certificate of Notice    Page 1 of 3

| UNITED STATES BANKRUPTCY COURT |
| --- |
| DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-2(c) |

**LAURENCE R. SHELLER, ESQ.**
3490 US Route 1, Bldg. 7-B
Princeton, New Jersey 08540
(609) 452-7001/Fax (609) 452-7002

**Order Filed on February 26, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Holli Frederick

Case No.: 18-23753 (MBK)

Adv. No.:

Hearing Date: 2/18/20

Judge: MBK

ORDER REINSTATING STAY AS TO DEBTOR'S REAL PROPERTY

The relief set forth on the following pages, numbered two (2) through ___2___ is hereby **ORDERED**.

**DATED: February 26, 2020**

*Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Case 18-23753-MBK    Doc 53    Filed 03/01/20    Entered 03/02/20 00:38:17    Desc Imaged
Certificate of Notice    Page 1 of 3

THIS MATTER having come to the attention of the Court on application of the debtor, Holli Frederick, for an Order Reinstating the Stay in the above matter as it pertains to her principal place of residence; and the Court having considered the papers submitted in support of said Application and having considered the opposition papers, if any; and the Court having heard the arguments of counsel, if any; and for other good and sufficient cause having been demonstrated:

IT IS

Ordered and Adjudged that the automatic stay in the above matter vacated on 1/15/20 is hereby reinstating pending further Order of the Court; and it is further

Ordered and Adjudged that the debtor shall immediately recommence making her regular monthly mortgage payment; and it is further

Ordered and Adjudged that should the debtor default in any payment for a period exceeding thirty (30) days, upon certification of mortgagee's attorney, with notice to the trustee, debtor and debtor's attorney, but without further hearing, the stay shall be vacated by further order of this Court

Ordered and Adjudged that a copy of this Order shall be served on the Chapter 13 Trustee, counsel for US Bank Trust National Association within 7 days of debtor's attorneys receipt of same.

_____

```
                         United States Bankruptcy Court
                              District of New Jersey
```

In re:                                                          Case No. 18-23753-MBK
Holli Frederick                                                 Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1                  Date Rcvd: Feb 28, 2020
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 01, 2020.
db             +Holli Frederick,    1115 William St.,    Trenton, NJ 08610-5438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2020                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 28, 2020 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Charles G. Wohlrab    on behalf of Creditor    U.S. Bank Trust National Association, not in its
               individual capacity but solely as Delaware trustee and U.S. Bank National Association, not in
               its individual capacity but solely as Co-Trustee for Gove cwohlrab@LOGS.com,
               njbankruptcynotifications@logs.com
              Charles G. Wohlrab    on behalf of Creditor    WELLS FARGO BANK, N.A. cwohlrab@LOGS.com,
               njbankruptcynotifications@logs.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as co-trustee for the
               government Loan Securitization Trust 2011-FV1 dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank National Association, as co-trustee for
               the government Loan Securitization Trust 2011-FV1 kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Laurence R. Sheller    on behalf of Debtor Holli   Frederick laurence.sheller@gmail.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8