UNITED STATES BANKRUPTCY COURT
District of New Jersey

Albert Russo
CN 4853
Trenton, NJ   08650
(609) 587-6888
Standing Chapter 13 Trustee

Order Filed on August 27, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

Holli Frederick

Debtor(s)

Case No.: 18-23753 / MBK

Hearing Date: 08/26/2020

Judge: Michael B. Kaplan

Chapter:  13

## ORDER REGARDING CHAPTER 13 STANDING
## TRUSTEE'S MOTION TO DISMISS OR
## CERTIFICATION OF DEFAULT

The relief set forth on the following page is **ORDERED**.

**DATED: August 27, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter having come before the Court on the Standing Trustee's Motion to Dismiss or an objection to the Trustee's Certification of Default, and good cause having been shown, it is

**ORDERED** that case is allowed to continue under Chapter 13 upon the following terms and conditions:

- $11,000.00 paid to date

- Debtor(s) shall remit $500.00 per month to the Trustee for 35 months beginning 09/01/2020

- The debtor may seek a loan modification outside the Chapter 13 Plan. The Trustee shall not pay the mortgage lender's arrears claim(s). The mortgage lender is free to seek stay relief. The debtor is authorized to use the DMS or other portal. The debtor must request court approval when the final loan modification is received. The debtor's attorney must file a fee application for any compensation requested for work done in conjunction with the loan modification.

- SLS Clm #2-1 shall be marked paid to date in the amount of $7,720.00 and the balance of the pre-petition arrearage clm shall be paid outside the plan

- If the Debtor(s) fail to make regular plan payments to the Trustee for a period of more than 30 consecutive days, upon the Certification of the Trustee of such non-payments, with Notice of the Certification to the Debtor(s) and the Debtor(s) attorney, if any, the within case shall be dismissed.

United States Bankruptcy Court
District of New Jersey

In re:　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. 18-23753-MBK
Holli Frederick　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 13
　　　　Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3　　　　User: admin　　　　　Page 1 of 1　　　　　　Date Rcvd: Aug 27, 2020
　　　　　　　　　　　　　　Form ID: pdf903　　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 29, 2020.
db　　　　　　　+Holli Frederick,　1115 William St.,　Trenton, NJ 08610-5438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　　　***** BYPASSED RECIPIENTS *****
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2020　　　　　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 27, 2020 at the address(es) listed below:
　　　　　Albert　Russo　　on behalf of Trustee Albert　Russo docs@russotrustee.com
　　　　　Albert　Russo　　docs@russotrustee.com
　　　　　Denise E. Carlon　　on behalf of Creditor　　U.S. Bank National Association, as co-trustee for the
　　　　　　government Loan Securitization Trust 2011-FV1 dcarlon@kmllawgroup.com,　bkgroup@kmllawgroup.com
　　　　　Elizabeth L. Wassall　　on behalf of Creditor　　WELLS FARGO BANK, N.A. ewassall@logs.com,
　　　　　　njbankruptcynotifications@logs.com
　　　　　Elizabeth L. Wassall　　on behalf of Creditor　　U.S. Bank Trust National Association, not in its
　　　　　　individual capacity but solely as Delaware trustee and U.S. Bank National Association, not in
　　　　　　its individual capacity but solely as Co-Trustee for Gove ewassall@logs.com,
　　　　　　njbankruptcynotifications@logs.com
　　　　　Gavin　Stewart　　on behalf of Creditor　　Specialized Loan Servicing LLC bk@stewartlegalgroup.com
　　　　　Kevin Gordon McDonald　　on behalf of Creditor　　U.S. Bank National Association, as co-trustee for
　　　　　　the government Loan Securitization Trust 2011-FV1 kmcdonald@kmllawgroup.com,
　　　　　　bkgroup@kmllawgroup.com
　　　　　Laurence R. Sheller　　on behalf of Debtor Holli　Frederick laurence.sheller@gmail.com
　　　　　U.S. Trustee　　USTPRegion03.NE.ECF@usdoj.gov
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 9