Form cscnodsc − ntccsclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  18−23753−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Holli Frederick
    aka Holli McLaughlin
    1115 William St.
    Trenton, NJ 08610

Social Security No.:
    xxx−xx−1484

Employer's Tax I.D. No.:

## NOTICE OF CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−named case has been closed without entry of discharge for the reason(s) indicated below.

☐    Debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

☐    Joint debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

☑    Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☐    Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☐    Debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

☐    Joint debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

☐    Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4−year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

☐    Joint Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4 year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

☐    An Order denying or revoking the debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

☐    An Order denying or revoking the joint debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the above document, the debtor must pay the applicable filing fee. If the debtor's case was closed because the debtor received a discharge in a previous case as set forth above, the debtor will have received a Notice of Clerk's Evidence of Previous Discharge providing an opportunity to be heard prior to case closing.

Dated: December 21, 2021
JAN: gan

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| In re: | Case No. 18-23753-MBK |
|---|---|
| Holli Frederick | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Dec 21, 2021 | Form ID: cscnodsc | Total Noticed: 13 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Holli Frederick, 1115 William St., Trenton, NJ 08610-5438 |
| cr | + | Specialized Loan Servicing LLC, P.O. Box 340514, Tampa, FL 33694-0514 |
| 517635909 | + | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 518152660 | + | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 517697802 | #+ | U.S. Bank Trust National Association, not in its i, Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-1663 |
| 517635911 | + | Wells Fargo, 3480 Stateview Blvd., Fort Mill, SC 29715-7204 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 21 2021 20:16:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 21 2021 20:16:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517723547 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 21 2021 20:20:13 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517635908 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 21 2021 20:20:15 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 517671574 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 21 2021 20:20:19 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517635909 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Dec 21 2021 20:20:16 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 517635910 | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 21 2021 20:16:00 | Jefferson Capital LLC, 16 McLeland Rd., Saint Cloud, MN 56303 |
| 517754003 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 21 2021 20:20:16 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518152661 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2021                    Signature:         /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank National Association  as co-trustee for the government Loan Securitization Trust 2011-FV1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor WELLS FARGO BANK  N.A. ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Elizabeth L. Wassall | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as Delaware trustee and U.S. Bank National Association, not in its individual capacity but solely as Co-Trustee for Gove ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Gavin Stewart | on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com |
| Kevin Gordon McDonald | on behalf of Creditor U.S. Bank National Association  as co-trustee for the government Loan Securitization Trust 2011-FV1 kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Laurence R. Sheller | on behalf of Debtor Holli Frederick laurence.sheller@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9