**LAURENCE R. SHELLER, ESQ.**
3490 US Route 1, Bldg. 7-B
Princeton, New Jersey 08540
Telephone (609) 452-7001
Telefax (609) 452-7002
Attorney for Debtor
By: Laurence R. Sheller, Esq.

| | |
|---|---|
| In re: | United States Bankruptcy Court |
| | For the District of New Jersey |
| Holli Frederick | Vicinage of Trenton |
| Debtor. | Chapter 13 |
| | Case No. 18-23753 (MBK) |
| | Certification in Support of Notice of Application to Reopen Case to File Certification in Support of Discharge |

I, Holli Frederick, hereby certify as follows:

1. I am the debtor in the above Chapter 7 bankruptcy. As such, I have personal knowledge of the facts set forth herein and am authorized to make this Certification.

2. The case was filed on 7/10/18 and the 341 hearing was held. I made all the required payments under my chapter 13 and the trustee issued the plan complete letter (attached) but I did not file the Certification in Support of Discharge and my case was closed. I have since filed this document and to seek obtain my discharge. I successfully completed my chapter 13 and there are no creditors to pay. As such, I am requesting that his motion be returnable on short notice to expedite the discharge.

3. The purpose of this certification is to support of my request to be able to reopen the case, file the certification in support of discharge and obtain a discharge.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are wilfully false, I am subject to punishment.

/s/ Holli Frederick
Dated: January 18, 2022        Holli Frederick