| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| In Re: <br> Holli Frederick <br> *Holli Frederick* | Case No.: 18-23753 <br> Chapter: 13 <br> Judge: _____ |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, __Holli Frederick_____, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations.

    ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 8/10/21 _____    /S/ Holli Frederick  *Holli Frederick*
                            Debtor's Signature

**IMPORTANT:**

- Each debtor in a joint case must file a separate Certification in Support of Discharge.
- A discharge will not be entered for a debtor who fails to file a __completed__ Certification in Support of Discharge.

rev.8/1/18